14495.   ATLANTIC COAST LINE RAILROAD CO. *v.* SINGLETARY.

BELL, J. This case is controlled by instructions received from the Supreme Court in answer to a question certified. See *Atlantic Coast Line R. Co.* v. *Singletary*, 159 *Ga.* 805 (126 S. E. 794).

> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED APRIL 11, 1925.

Action for damages; from Clinch superior court—Judge Eve presiding. February 24, 1923.

*Bennet, Twitty & Reese, Drawdy & Huxford,* for plaintiff in error.

*C. E. Hay, E. K. Wilcox,* contra.